UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-22889-Civ-COOKE/TORRES

THE HOLLYWOOD BEACH RESORT
RENTAL PROGRAM, LLC,

    Plaintiff,

vs.

MICHAEL JEKIC, LAURA WELLIVER,
CHRISTINA MORELLO, MARIA MEJIDO,
JUDY BUCHAN, ANDREW FISHER,
COMMERCIAL UNIT 100, LLC, COMMERCIAL
UNIT 200, LLC, OCEAN WALK MALL, LLC,
JOHN DOES 1-10 AND JANE DOES 1-10,

    Defendants.
_____/

**ORDER**

    THIS MATTER is before me *sua sponte*. I have reviewed the pertinent portions of the record, and am otherwise fully advised in the premises. Based thereon, it is hereby **ORDERED and ADJUDGED** that, in an attempt to expedite the processing of the action, Plaintiff shall serve Defendant with a copy of the summons and complaint within sixty (60) days of the date of this Order. If Plaintiff is unable to do so, Plaintiff shall provide an explanation to the Court as to the reason why Defendant has not been served within the allotted sixty days and shall provide a detailed description of the attempts it has made to serve Defendant. It is further **ORDERED and ADJUDGED** that failure to comply with this Order may lead to immediate dismissal of this cause.

    **DONE and ORDERED** in Chambers, Miami, Florida, this 11th day of August 2014.

                                                MARCIA G. COOKE
                                                United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*