UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 14-22889-CIV-COOKE/TORRES

THE HOLLYWOOD BEACH RESORT
RENTAL PROGRAM, LLC

v.

MICHAEL JEKIC
LAURA WELLIVER
CHRISTINA MORELLO
MARIA MEJIDO
JUDY BUCHAN
ANDREW FISHER
COMMERCIAL UNIT 100, LLC
COMMERCIAL UNIT 200, LLC
OCEAN WALK MALL, LLC
OCEAN HOLLYWOOD BEACH DEVELOPMENT, LLC
JOHN DOES/JANE DOES 1-10
JOHN DOES/JANE DOES 11-71
_____/

### OCEAN WALK MALL, LLC's AND COMMERCIAL UNIT 100, LLC' S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT

Defendants, Ocean Walk Mall, LLC and Commercial Unit 100, LLC ("Defendants"), by and through undersigned counsel, and pursuant to Rule 6(b), Federal Rules of Civil Procedure, and Rule 7.1(a), Local Rules of the U.S. District Court, Southern District of Florida, move unopposed for an extension of time to serve their response to Plaintiff's First Amended Complaint (ECF No. 8) ("Amended Complaint"), and state:

1. On August 25, 2014, Defendants Ocean Walk Mall, LLC and Commercial Unit 100, LLC were served with the Amended Complaint. Accordingly, the deadline for Ocean Walk Mall, LLC's and Commercial Unit 100, LLC's response to the Amended Complaint is September 15, 2014.

2. Ocean Walk Mall, LLC and Commercial Unit 100, LLC respectfully request an additional thirty (30) days to respond to the Complaint through October 15, 2014 in order to thoroughly evaluate the claims asserted against them and to prepare a response. The additional thirty (30) days is also requested due to the upcoming Jewish holidays.

3. The undersigned certifies that this motion is not being made for purposes of delay.

4. Counsel for Plaintiff Hollywood Beach Resort Rental Program, LLC has been contacted and has no objection to the requested extension of time.

**WHEREFORE**, Defendants respectfully request an order from the Court granting them until October 15, 2014 to respond to the Amended Complaint and for such additional relief as the Court deems appropriate.

### Certificate of Compliance with Local Rule 7.1(a)(3)

The undersigned conferred with Plaintiff's counsel concerning the relief requested herein. Plaintiff's counsel has no objection to the requested extension of time.

Respectfully submitted,

WEISS SEROTA HELFMAN
PASTORIZA COLE & BONISKE, P.L.
*Counsel for Ocean Walk Mall, LLC and Commercial Unit 100, LLC*
2525 Ponce de Leon Boulevard, Suite 700
Coral Gables, Florida 33134
Telephone:    (305) 854-0800
Facsimile:    (305) 854-2323

By:    /s/ Michael S. Popok
       Michael S. Popok
       Florida Bar No. 44131
       mpopok@wsh-law.com
       Alicia H. Welch
       Florida Bar No. 100431
       awelch@wsh-law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic notice through the CM/ECF system on all counsel or parties of record below on September 10, 2014.

Gregory R. Elder, Esq.
Foreman Friedman, P.A.
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-6555
gelder@fflegal.com
*Attorneys for Plaintiff*

           WEISS SEROTA HELFMAN
           PASTORIZA COLE & BONISKE, P.L.
           *Counsel for Michael Hillman*
           2525 Ponce de Leon Boulevard, Suite 700
           Coral Gables, Florida 33134
           Telephone:   (305) 854-0800
           Facsimile:   (305) 854-2323

           By:   /s/ Michael S. Popok
                  Michael S. Popok
                  Florida Bar No. 44131
                  mpopok@wsh-law.com
                  Alicia H. Welch
                  Florida Bar No. 100431
                  awelch@wsh-law.com